PROB 12B
(7/93)

Report Date: September 26, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 01 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Melvin Newsom      Case Number: 2:03CR00028-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/21/2003      Type of Supervision: Supervised Release

Original Offense: Count 1: Conspiracy to Distribute More Than 1000 Kilograms of Marijuana, 21 U.S.C. § 846
Count 2: Felon in Possession of Firearm, 10 U.S.C.§ 922(g)(1)

Date Supervision Commenced: 5/14/2007

Original Sentence: Prison - 60 Months; TSR - 60 Months

Date Supervision Expires: 5/13/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

This modification is requested to provide a urine testing condition in this case which will be in compliance with 9th Circuit case law, which requires the Court to specify the number of urine tests an offender may be subject to in a given time frame. The offender has agreed to the modification and has signed a waiver to this effect, which is enclosed for the Court's review.

It is respectfully requested the Court order the indicated modification.

by

Respectfully submitted,

Kevin J. Crawford
U.S. Probation Officer
Date: September 26, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/1/07

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
        Kevin Crawford                                 John Newsom
        U.S. Probation Officer                 Probationer or Supervised Releasee

_____
Date