PROB 12C
(7/93)

Report Date: February 23, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 23 2011

JAMES R. LARSEN, CLERK
                    DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Melvin Newsom          Case Number: 2:03CR00028-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 10/21/2003

Original Offense: Conspiracy to Distribute More Than 1,000 Kilograms of Marijuana, 21 U.S.C. § 846;
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: 3/30/2009 |
| Defense Attorney: | Jeffrey Steinborn | Date Supervision Expires: 3/29/2011 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On January 29, 2011, at 2:43 a.m., the Washington State Patrol was notified of a hit and run collision, eastbound on Interstate 90 at the Barker Road exit. Witnesses reported seeing a green Ford Explorer exit Interstate 90 at Barker Road and continue through the intersection, colliding into a guardrail, and re-enter Interstate 90. Washington State Patrol Troopers located the vehicle that was involved in the collision parked in a parking lot in Liberty Lake. The vehicle was registered to the defendant. Shortly thereafter, they located Mr. Newsom walking along the road. Mr. Newsom confirmed he was involved in the hit and run collision. Upon contacting the defendant, troopers could detect the odor of alcohol emitting from the defendant. He submitted to field sobriety tests and was found to be unstable on his feet and was not able to follow simple instructions during the tests. He submitted to a blood alcohol content test via breath sample, which yielded positive findings of .044. He refused to submit to any further tests. Subsequently, the defendant was arrested for driving while under the influence of intoxicants and hit and run collision. He was cited and then released to the Spokane Valley Hospital emergency

Prob12C
**Re: Newsom, John Melvin**
**February 23, 2011**
**Page 2**

room. Charges remain pending in the Spokane County District Court.

2       **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On January 29, 2011, Mr. Newsom was found to be under the influence of alcohol. This is in violation of standard substance abuse treatment rules. It should be noted that the undersigned officer had recently reminded him of this during a home visit at his residence on January 26, 2011.

The U.S. Probation Office respectfully recommends that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/23/2011

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/23/11

Date